■ Erica Daniels, Respondent, v Frances A. Rumsey, Appellant, and BuWayna Daniels, Respondent. (Appeal No. 3.) [974 NYS2d 863]—Appeal from an order of the Supreme Court, Erie County (Gerald J. Whalen, J.), entered August 22, 2012. The order, inter alia, granted the motion of defendant BuWayna

Daniels for summary judgment dismissing the complaint and cross claims against her.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Daniels v Rumsey* ([appeal No. 2] 111 AD3d 1408 [2013]). Present—Scudder, P.J., Fahey, Peradotto, Lindley and Valentino, JJ.